696 A.2d 126

**BENSON ZION & ASSOCIATES, Appellant,**

v.

**Stephen and Marguerite J. LAGROSSA, Appellees.**

Supreme Court of Pennsylvania.

Submitted Nov. 19, 1996.

Jeffrey S. Wilson, Benson Zion Associates, for appellants.

David Weinberg, for appellees.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## ORDER

PER CURIAM.

AND NOW, this 24th day of July, 1997, the appeal is dismissed as having been improvidently granted.